## JOHNSON *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 33, September Term, 1960.]

*Decided November 17, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

The application for leave to appeal is denied for the reasons set forth in the opinion of the trial court.